```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
NYSA-ILA PENSION TRUST FUND, by its        :
Trustees, JOSEPH CURTO, THOMAS             :
ALDRIDGE, IAN CAIRNS, RAINER DEHE,         :
FRANK GROSSI, WILLIAM MESSINA,             :
ROBERT MILAZZO, JAMES PELLICCIO,           :
MICHAEL RADAK, HAROLD DAGGETT,             :
ROBERT E. GLEASON, STEPHEN KNOTT,          :
GERALD OWENS, and LOUIS PERNICE,           :
                                           :
                           Plaintiffs,     :
                                           :    12 Civ. 2506 (PAC)
          - against -                      :
                                           :    SUPPLEMENTAL ORDER
AMERICAN STEVEDORING, INC. and ABC         :
ENTITIES 1-5 (fictitiously-named incorporated or :
Unincorporated trades or businesses that are under :
Common control with Defendant American     :
Stevedoring, Inc.),                        :
                                           :
                           Defendants.     :
                                           :
------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: February 5, 2014

HONORABLE PAUL A. CROTTY, United States District Judge:

The final sentence of the Opinion and Order of 2/5/2014 is amended to read as follows: The Clerk of Court is directed to enter judgment in favor of Plaintiff for: withdrawal liability in the amount of $206,798.00; liquidated damages of $41,359.60 (calculated at 20% of the withdrawal liability); statutory interest on withdrawal liability and liquidated damages at an annual rate of 3.25% from June 1, 2012 to the date of entry of judgment; attorneys' fees in the amount of $20,530; and costs of this action in the amount of $1,255.78.

Dated: New York, New York
       February 5, 2014

SO ORDERED

_____
PAUL A. CROTTY
United States District Judge